UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TOBY ANTHONY ROSA,

            Petitioner,

    v.

MARTIN GAMBOA, Warden,

            Respondent.

Case No. 25-cv-00286-YGR (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

This is a habeas case filed *pro se* by a state prisoner. In the initial review order dated April 30, 2025, Magistrate Judge Nathanael M. Cousins noted that the petition appeared to be mixed, that is, that it contained both exhausted and unexhausted issues. Dkt. 9 at 3. Judge Cousins explained that the Court could not adjudicate a petition containing unexhausted claims, and it was reluctant to dismiss the petition as a mixed petition without giving petitioner "one opportunity to provide clarification as to what claims he wishes to pursue in this action," including the opportunity to elect whether to try to exhaust his claims before this Court considers petitioner's claims. *Id.* at 3-4 (citing *Rose v. Lundy*, 455 U.S. 509, 522 (1982) (holding that the general rule is that a federal district court must dismiss a federal habeas petition containing any claim as to which state remedies have not been exhausted)). Judge Cousins further directed petitioner to file within twenty-eight days a "notice that either (1) all the seven claims presented in the petition are exhausted; or (2) he wishes to strike the unexhausted claims . . . from the petition and proceed with the four cognizable claims . . . ." *Id.* at 4. Judge Cousins also offered petitioner another alternative if he wished to pursue the unexhausted claims by filing "in the same time provided . . . a motion for stay that satisfies the *Rhines*[1] factors . . . , so that he can return to state court and

---

[1] *Rhines v. Weber*, 544 U.S. 269 (2005).

United States District Court
Northern District of California

exhaust the additional claims.  *Id.* at 3-4.  Judge Cousins warned petitioner as follows:

> **Failure to file a timely response in accordance with this order will result in the reassignment of this matter to a district judge with the recommendation that it be dismissed as a mixed petition under *Rose v. Lundy*, 455 U.S. at 510, and without further notice to Petitioner.**

*Id.* at 5 (emphasis in original).

The twenty-day time period passed, and petitioner failed to file a timely response or file any further communications with the Court.  Thereafter, this action was reassigned to the undersigned judge.  Dkts. 10, 11.  Because petitioner has failed to make an election, the Court DISMISSES the petition as mixed.  *See Rose*, 455 U.S. at 522.  The dismissal is without prejudice to petitioner filing a new federal habeas action containing a petition with only exhausted claims.

The Clerk of the Court shall terminate all pending motions and close the file.

IT IS SO ORDERED.

Dated:   May 8, 2026

_____
JUDGE YVONNE GONZALEZ ROGERS
United States District Judge

United States District Court
Northern District of California

2